NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000839
19-NOV-2012
08:30 AM

NO. CAAP-12-0000839

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

In the Interest of DL

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-S NO. 10-00060)

ORDER GRANTING MOTHER-APPELLANT'S MOTION TO WITHDRAW APPEAL
(By: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the "Motion to Withdraw Appeal" (Motion) filed on November 9, 2012 by Mother-Appellant, through counsel Herbert Y. Hamada, the papers in support, and the records and files herein, it appears that Mother-Appellant seeks to dismiss her appeal and has filed, as an exhibit to the Motion, a "Withdrawal of Appeal" signed by Mother-Appellant. Therefore,

IT IS HEREBY ORDERED that the Motion is granted, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, November 19, 2012.

Presiding Judge

Associate Judge

Associate Judge